IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

PAUL LATHAM                                                                PETITIONER

VS.                  CASE NO. 5:07CV00135 SWW

LARRY NORRIS, Director,
Arkansas Department of Correction                       RESPONDENT

## **ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Henry L. Jones, Jr., the timely objections thereto, as well as a de novo review of the record. The Findings and Recommendations are adopted in their entirety as this Court's findings. Judgment shall be entered accordingly.

SO ORDERED this 26th day of February, 2008.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE